US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

APR 0 6 2011

CHRIS R. JOHNSON, Clerk
By
                        Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 1:11CR10004-001 |
| v. | ) | |
| | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| KENNETH J. JONES | ) | 18 U.S.C. § 924(a)(2) |

## INDICTMENT

The Grand Jury Charges:

On or about September 18, 2009, in the Western District of Arkansas, El Dorado Division, the defendant, **KENNETH J. JONES**, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, possessed one or more of the following firearms, specifically a High Standard Model 200 (JC Higgins/Sears and Roebuck Model 20) .12 gauge caliber shotgun, no manufacturer's serial number and a Mossberg model 500A .12 gauge caliber shotgun, serial number P217950, all of which had previously traveled in interstate commerce, in violation of Title 18, U.S.C. §§ 922(g)(1) and 924(a)(2).

A True Bill.

CONNER ELDRIDGE
UNITED STATES ATTORNEY

/s/Grand Jury Foreperson
Grand Jury Foreperson

By: _____

Matthew C. Quinn
Assistant U.S. Attorney
Arkansas Bar No. 2003-152
500 N. Stateline Avenue, Suite 402
Texarkana, AR 71854
(903) 794-9481
e-mail Matt.Quinn@usdoj.gov