IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

VS.                              CASE NO. 1:11-CR-10004-001

KENNETH J. JONES                                                                              DEFENDANT

### ORDER

Before the Court is Defendant's Motion for Judgment Nunc Pro Tunc to Correct Clerical Error. Pursuant to Federal Rule of Criminal Procedure 36, Defendant requests that Court correct what Defendant states is a clerical error in the Court's May 16, 2012 Judgment. (ECF No. 28). The Government has not filed a response and the time for doing so has passed. The Court finds this matter ripe for consideration.

The relevant portion of Court's Judgment provides:

> The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: One hundred eighty (180) months, with credit for time spent in federal custody. This sentence will run concurrently to the defendant's undischarged term of incarceration in the Louisiana Department of Correction for sentences in Webster Parish, 26th Judicial Court cases 80,883; 80,884; 80,933; 80,934; 80,994; and 81,304.

Defendant claims that the above language is in error and inconsistent with the Court's oral pronouncement. Defendant requests that the Judgment be amended to state that Defendant's federal sentence is to run concurrent with *all* undischarged terms of state incarceration in the Louisiana Department of Correction, *including* sentences in Webster Parish, 26th Judicial Court cases 80,883; 80,884; 80,933; 80,934; 80,994; and 81,304.

Upon consideration, the Court finds that the motion should be and hereby is **DENIED**. The Court recognizes that counsel for Defendant *requested* that sentences in Webster Parish, 26th Judicial Court cases 80,883; 80,884; 80,933; 80,934; 80,994; and 81,304 run concurrently, as well as any other Louisiana Department of Correction sentences not specifically mentioned. However, the Judgment, as written, accurately reflects the Court's intended sentence and does not conflict with the Court's oral pronouncement.

IT IS SO ORDERED, this 10th day of July, 2012.

      /s/ Harry F. Barnes
      Hon. Harry F. Barnes
      United States District Judge